IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON STOLLINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 cv 4006 |
| | ) | |
| RYOBI TECHNOLOGIES, INC., ONE | ) | Judge Gary Feinerman |
| WORLD TECHNOLOGIES, INC., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION
## FOR LEAVE TO AMEND THE FINAL PRETRIAL ORDER

Defendants, One World Technologies, Inc. and Ryobi Technologies, Inc., by their attorneys, Johnson & Bell, Ltd., seek this Court's leave to amend the pretrial order to file their Supplemental Exhibits and in support thereof state as follows:

1. This case is scheduled for re-trial on September 8, 2014. (Dkt. 410)

2. The parties' proposed final pretrial order (FPTO) was filed in June, 2012. (Dkt. 234). During the course of the trial, defendants supplemented the FPTO with listing of some additional exhibits (63 Exhibits were listed).

3. After conclusion of the 2012 trial and since March of 2013, defendants have been engaged in an extensive discovery dispute over the production of documents with one of the plaintiff's disclosed experts, Dr. Stephen F. Gass and his two affiliated companies, SawStop, LLC and SD3, LLC ("SawStop"). The defendants sought production of documents necessary for their continued and effective defense as well as cross-examination of Dr. Gass and plaintiff's other witnesses. Finally, after serving a third-party subpoena on SawStop in Oregon, numerous filings related to the defendants' Motion to Compel, and extensive oral arguments and evidentiary

hearings, on August 12, 2013, the Honorable Michael H. Simon compelled SawStop to comply with the majority of the defendants' requests for documents requested in the subpoena.[1] (See Dkt. 419)

4. As a result of Judge Simon's order, earlier this year, counsel for Grizzly Industrial, Inc. was permitted to finally produce to counsel for the defendants certain SawStop documents ("SawStop documents"). Just recently, counsel for defendants completed their review of that still incomplete production and were able to identify certain documents they would like to use in the defense of this case. To that effect, defendants designated over 100 additional exhibits that they would like to add to the final pretrial order in this case.

5. Unfortunately, the SawStop documents are subject to a strict protective order which currently restricts their use to the *Thull* case and certain other cases wherein a subpoena was issued. (Dkt. 419). Because at the time the subpoenas were initially issued, the *Stollings* case was on appeal, defendants were initially unable to issue a subpoena in connection with *Stollings*. Thus far, Gass/SawStop have refused defendants' request to allow them to simply use the documents produced in *Thull* (which are already in defense counsel's possession) in the *Stollings* matter. Defendants' have since issued a subpoena in connection with the *Stollings* case and if SawStop continues to refuse to fully comply with the production requests, defendants will file a motion to compel before Judge Simon in the District of Oregon. Because of this, defendants are unable to file their Supplemental Exhibit List (even under seal) on this Court's docket. However, to provide notice of intent to use certain additional exhibits in the course of this trial and to avoid any claim of prejudice to the plaintiff, defendants will produce their Supplemental Exhibit List with bates numbers of the SawStop documents defendants intend to

---

[1] Detailed civil court docket (as well as any of the underlying filings) related to the defendants' efforts to procure the relevant documents from Dr. Gass, SawStop, LLC and SD3, LLC can be found on the U.S. District Court for the District of Oregon (Portland) Electronic Document Filing System under Case Number: 3:13-mc-00102-SI. *See also*, Defendants' Notice of the Contempt Order Barring Dr. Gass from Testifying filed in this matter. (Dkt. 419)

use to plaintiff's counsel of record - Mr. Sullivan and Mr. Pearson - who signed "Exhibit A" to the protective order in *Thull* and have a copyset of the documents.

6. As soon as defendants are officially allowed to use the documents from the *Thull* production in this case, defendants will file the Supplemental List of Exhibits under seal and then seek this Court's removal of the "Confidential-Attorneys' Eyes Only" designation for such documents to be used in this trial.

7. Furthermore, defendants are continuing to pursue production of additional documents from SawStop and if such documents are produced prior to the re-trial of this matter, defendants intend to seek leave to list additional exhibits based on any supplemental SawStop production.

Wherefore, One World Technologies, Inc. and Ryobi Technologies, Inc. seek leave to amend the pretrial order and file their Supplemental Exhibit List and pray for any such other relief as this Honorable Court deems just and fair under the circumstances.

Respectfully submitted,

**JOHNSON & BELL, LTD.**

/s/ John W. Bell
Attorneys for defendants Ryobi Technologies, Inc. and One World Technologies, Inc.

| | |
|---|---|
| John W. Bell | ARDC No. 0161934 |
| Meghan M. Sciortino | ARDC No. 6287341 |
| Alexandria L. Bell | ARDC No. 6294858 |

JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Fax: (312) 372-9818
E-mail: bellj@jbltd.com
sciortinom@jbld.com
bella@jbltd.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**JOHNSON & BELL, LTD.**

/s/ John W. Bell
Attorneys for defendants Ryobi Technologies, Inc. and One World Technologies, Inc.

| | |
|---|---|
| John W. Bell | ARDC No. 0161934 |
| Meghan M. Sciortino | ARDC No. 6287341 |
| Alexandria L. Bell | ARDC No. 6294858 |

JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Fax: (312) 372-9818
E-mail:  bellj@jbltd.com
 sciortinom@jbld.com
 bella@jbltd.com