**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Brandon Stollings

                                  Plaintiff,

v.                                                                     Case No.: 1:08−cv−04006
                                                                                 Honorable Gary Feinerman

Ryobi Technologies, Inc., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Final pretrial conference held. Motion hearing held. For the reasons stated on the record, Defendants' motion to remove "Confidential − Attorneys' Eyes Only" designation from certain Sawstop documents [499] is entered and continued; Plaintiff was directed to provide SawStop a set of the documents in question, and SawStop's counsel is directed to inform Plaintiff's and Defendants' counsel by 2:00 p.m. Central time on 9/5/2014 whether SawStop would like any portions of the documents (other than Exhibit 86) to remain confidential and/or redacted. For the reasons, to the extent, and with the qualification stated on the record, Defendants' motion in limine regarding the UL proposal [496] is granted. For the reasons and to the extent stated on the record, Defendants' motion in limine regarding the Bosch and Black & Decker products [497] is granted in part (as to the Black & Decker product) and denied in part (as to the Bosch product). Plaintiff's counsel will inform Bosch's counsel of the pages and lines of the deposition transcripts in question. For the reasons, to the extent, and with the qualification stated on the record, Defendants' motion in limine to bar Dr. Gass from testifying [428] is granted in part (as to post−first trial feasibility) and denied in part (as to barring Gass entirely and as to pre−first trial feasibility); if Gass produces the documents in question, he may testify as to post−first trial feasibility. For the reasons stated on the record, Defendants' motion in limine to bar Graham from testifying [427] is denied. For the reasons stated on the record, Defendants will be permitted to introduce evidence and make arguments at trial regarding Plaintiff's alleged fault for the accident.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.