# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Brandon Stollings

                        Plaintiff,

v.                                                    Case No.: 1:08−cv−04006
                                                          Honorable Gary Feinerman

Ryobi Technologies, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2014:

        MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Counsel for SawStop appeared by telephone, and the court ruled on whether redactions should be made on a SawStop documents to be introduced into evidence.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.