## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Brandon Stollings

                        Plaintiff,

v.                                                       Case No.: 1:08−cv−04006
                                                       Honorable Gary Feinerman

Ryobi Technologies, Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, September 12, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Jury trial held and continued to 9/15/2014 at 9:30 a.m. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.